FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 04 2021

TAMMY H. DOWNS, CLERK
BY _____
DEP CLERK

**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT**
**UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## _____ DIVISION

CASE NO. 4:21-cv-00898-DPM-JTK

Jury Trial: ☐ Yes   ☐ No
**(Check One)**

I.    Parties

In item A below, place your <u>full</u> name in the first blank and place your present address in the second blank.  Do the same for additional plaintiffs, if any.

A.    Name of plaintiff: Neil Clem
ADC # 25946-009

Address: 440 Deedee Ln Lonoke AR 72086

Name of plaintiff: Chad Neal
ADC # 663224

Address: 440 Deedee Ln Lonoke AR 72086

Name of plaintiff: Thomas Earl Williams
ADC # _____

Address: 440 Deedee Ln Lonoke AR 72086

In item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B.    Name of defendant: John Staley
Position: Sherriff

Place of employment: Lonoke County
Address: 440 Dee Dee Ln Lonoke County AR 72086

Name of defendant: Kristi Flud
Position: Lonoke County Jail Administrator.

- 4 -

This case assigned to District Judge Marshall
and to Magistrate Judge Kearney

Parties:

A. Name of plaintiff: Derrick Colton
ADC# or BOP#: 117731
440 Dee Dee Lonoke AR 72086

Name of Plaintiff: Landon King
ADC# or BOP#: 002225855
440 Dee Dec ln Lonoke AR 72086

name of Plaintiff: Jacob Merillat
ADC# 162088
440 Dee Dee ln Lonoke AR 72086

Name of Plaintiff: Anthony Gray
BOP#: 27324-009
440 Dee Dec ln Lonoke AR 72086

Name of Plaintiff: Richard Hampton
ADC# 150587
440 Dee Dee ln Lonoke AR 72086

Name of Plaintiff: Nicholas Robinson JR
BOP#
440 Dee Dec ln Lonoke AR 72086

Name of Plaintiff Orlando J, Howard
ADC# 00826955
440 Dee Dee ln Lonoke AR 72086

Name of Plaintiff: Robert Cooney
ADC# 108929 / Jacket Number 00048925
440 Dee Dee ln Lonoke AR 72086

Name of Plaintiff: Michael Sullivan
ADC# Jacket # 00231002
440 Dee Dee ln Lonoke AR 72086

Name of Plaintiff: Justin R. Bryant
ADC # 00225867
440 DecDec Ln Lonoke AR 72086
Name of Plaintiff: Dernk Childers DERREK CHILDERS
ADC # 15-10-43
440 DecDec Lonoke AR 72086
Name of Plaintiff: Joshua Phillips Joshua Phillips
ADC # 00230415
440 DecDee Ln Lonoke AR 72086
Name of Plaintiff Jeremiah Williams
ADC # 00230098
440 DecDee Ln Lonoke AR 72086

Place of employment: Lonoke County Sherriffs Department

Address: 440 Dee Dee Ln Lonoke AR 72086

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

II.    Are you suing the defendants in:

☑    official capacity only
☐    personal capacity only
☐    both official and personal capacity

III.    Previous lawsuits

A.    Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___    No ✗

B.    If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐    Parties to the previous lawsuit:

Plaintiffs: _____

_____

Defendants: _____

_____

-5-

☐     Court (if federal court, name the district; if state court, name the county):

_____

☐     Docket Number: _____

☐     Name of judge to whom case was assigned: _____

☐     Disposition: (for example: Was the case dismissed?  Was it appealed? Is it still pending?) _____

☐     Approximate date of filing lawsuit: _____

☐     Approximate date of disposition: _____

IV.    Place of present confinement: **Lonoke County Detention Center.**

_____

V.    At the time of the alleged incident(s), were you: (check appropriate blank)

___✓___ in jail and still awaiting trial on pending criminal charges

_____ serving a sentence as a result of a judgment of conviction

_____ in jail for other reasons (e.g., alleged probation violation, etc.) explain: _____

_____

VI.    The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit.  There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails.  Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

A.    Did you file a grievance or grievances presenting the facts set forth in this complaint?

Yes ✓   No ___

B.    Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

-6-

Yes ✓     No ____

If not, why? _____

_____

VII.    Statement of claim

State here (as briefly as possible) the facts of your case.  Describe how each defendant is involved.  Include also the names of other persons involved, dates, and places.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

We are having our civil Rights and our inmates Rights violated here. We are not Being issued our soap, Tooth past, toothbrush, & Deoderant nor are we being issued our liners for our mats. as it states in our in mate hand book. Some Cannot file for indigent because we have over .50 cents but not enough to purchas ony hygene. Not having soap or linens is causing us to develope sores from being on the un clean mats.

        We are being forced to Live in the Same barraks with un adiquit number of working toilets or sinks. one toilet has a toxic Sludge in it and the sewer gas coming out of it. They just put a trash bag around it. We are forced to inhale this gas, Making us sick.

-7-

VII. Statement of Claim

Our feeding trays all have holes in them causing them to hold water. This water is stagnate water because it never is drained. When feeding the lealking water is pourd on our food from the stacking of trays on the tray cart. This issue has already sent 2 people to the hospital for Hepititus A. We was not offerd the chance to be vaccinated for the exposure to hepitatus A.

Our mail is stacking up and not being sorted and passed out. Today is 9/26/21 and we are just getting mail from our family's postmarked 8/30/21. I my self are having my legal mail held and not being passed out for weeks. This place lac's structer and is barley functioning due to ignorance. i have serious family issues going on as well as legal issues thate time sensitive and I need my mail to be passed out.

There is no grivance proceedure here at this Jail. We have no nuetral officer here to deal with our issues. And the issues if appealed go to the same person, the Jail Administrator. She reads all and reply's. if we grive her she answers. if we have a problem nobody of power, cheif, Leuitanct, Sherriffs never get the greivance. it never goes over her head. We need help here as inmates we can't seem to get any help. Please help us we are being done bad and in humane. Our Civil Rights are being violated and nobody seems to care.

VIII.   Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

45 inmates want a Class action Law Suit, to sue this County for violating our Civil rights and to be Paid for every day we spent incarcerated At &COC. And for The State to come take this Jail over. And to be tranferd

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct. To another county Jail

Executed on this 26 day of September , 20 21 .

Michael Sullivan

Derrick Calton

Signature(s) of plaintiff(s)

-8-

Neil Clem
440 Dee Dee Ln
Lonoke Co AR 72086

LITTLE ROCK AR 720

30 SEP 2021    PM 4 FOREVER
USA

Barn Swallow

LONOKE COUNTY
DETENTION CENTER

Pro Se Clerk
600 W. Capitol Ave. room A149
Little Rock AR 72201

#1

Legal mail

72201-332999