IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MICHAEL SULLIVAN                                                PLAINTIFF
#00231002

v.                          No. 4:21-cv-898-DPM

JOHN STALEY, Sheriff, Lonoke
County and KRISTI FLUD, Jail
Administrator, Lonoke County                                    DEFENDANTS

### ORDER

1. The Court withdraws the reference.

2. Sullivan hasn't paid the $402 administrative and filing fee or filed an application to proceed *in forma pauperis*; and the time to do so has passed. *Doc. 2.* His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

16 November 2021