IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MICHAEL SULLIVAN                                                          PLAINTIFF
#00231002

v.                        No. 4:21-cv-898-DPM

JOHN STALEY, Sheriff,
Lonoke County and KRISTI
FLUD, Jail Administrator,
Lonoke County                                                             DEFENDANTS

## JUDGMENT

Sullivan's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

16 November 2021